Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
910 Main St. Suite 358C
Boise, ID 83702
P: 314-322-7639
F: 208-429-8233
Email: barkley@barkleysmithlaw.com

Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
P: (208) 359-5532
F: (208) 485-8528
ryanballardlaw@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MICHELLE MENDOZA, | ) | Case No.: 1:15-cv-511-REB |
| Plaintiffs, | ) | |
| v. | ) | **NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |
| COLLECTION BUREAU, INC., an Idaho corporation, | ) ) | |
| Defendant. | ) ) | |

PLEASE TAKE NOTICE that the above named Plaintiff, Michelle Mendoza, hereby accepts the offer of judgment made by Defendant, Collection Bureau, Inc., served on November 3, 2015, to allow judgment to be taken against Defendant on the sole count of the complaint for the sum of One Thousand and One Dollars [$1,001], plus costs and reasonable attorney fees, and requests that the Clerk enter judgment accordingly. A true copy of the Rule 68 Offer of Judgment is annexed as Exhibit "A" to the proof of service hereof, which is endorsed hereon.

**Notice of Acceptance of Rule 68 Offer of Judgment - Page 1**

DATED: November 8, 2015.

/s/ Barkley Smith
Barkley B. Smith
Barkley Smith Law, PLLC

## CERTIFICATE OF SERVICE

     I hereby certify that on November 8, 2015, the foregoing was emailed to counsel for Defendant at the following:

    Jordan S. Ipsen
    Skyi@mlclarklaw.com

                                               /s/ Barkley Smith
                                               Barkley B. Smith
                                               Barkley Smith Law, PLLC

**Notice of Acceptance of Rule 68 Offer of Judgment - Page 4**