# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHELLE MENDOZA, | Civil Action No.: 1:15-cv-511-EJL |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COLLECTION BUREAU, INC., an Idaho corporation, | |
| Defendant. | |

The Court has considered Defendant's Offer of Judgment and Plaintiff's acceptance and, good cause appearing; IT IS HEREBY ORDERED that judgment be entered against Defendant Collection Bureau, Inc. in the amount of One Thousand and One Dollars ($1,001.00).

DATED: January 21, 2016

_____
Edward J. Lodge
United States District Judge